No. 462. O'BRIEN *v.* UNITED STATES. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *John W. Davis* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Messrs. Guy K. Bard* and *Arthur Breuer* for the United States.

No. 468. LEE, COMPTROLLER, *v.* KENAN ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Cary D. Landis, H. E. Carter,* and *J. V. Keen* for petitioner. No appearance for respondents.

No. 469. LOWRY *v.* McCARL, COMPTROLLER GENERAL, ET AL. November 11, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Fred B. Rhodes* for petitioner. *Solicitor General Reed, Assistant Attorney General MacLean,* and *Mr. Paul A. Sweeney* for respondents.

No. 476. WINDT ET AL. *v.* LINDY ET AL. November 11, 1935. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. C. E. Pigford* for petitioners. *Mr. Jerome J. Rothschild* for respondents.

No. 478. RIGGS *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 479. LAMBORN *v.* SAME;
No. 480. LOGAN *v.* SAME;